# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMBER SALAZAR,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A.,<br><br>    Defendant. | Case No. 2:09-cv-01829-LDG (GWF)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that the parties may hold a settlement conference before Magistrate Judge Johnston. The parties shall consult with the Chambers of Magistrate Judge Johnston for further instruction as to date and time and the filing of settlement conference documents.

DATED this ___ day of September, 2010.

_____
Lloyd D. George
United States District Judge