# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

AMBER SALAZAR, an individual, on behalf of herself, and on behalf of all others similarly situated,

Plaintiff(s),

vs.

WELLS FARGO BANK N.A., and DOES 1 through 100, inclusive,

Defendant(s).

Case No. 2:09-cv-01829-LDG-GWF

## SUBSTITUTION OF ATTORNEY

Wells Fargo Bank N.A. (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

Paul T. Trimmer
(New Attorney)

(Address): Jackson Lewis LLP, 3960 Howard Hughes Parkway, Suite 450, Las Vegas, Nevada 89169

(Telephone): (702) 921-2460 , as attorney of record in place and stead of: Joanna S. Kishner
(Present Attorney)

DATED: 12/12/10

(Signature of Party)

I consent to the above substitution.

DATED: 12-15-10

(Signature of Present Attorney)

...

...

...

1

6/95

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: __12/15/2010__          _____
                                      (Signature of New Attorney)
4
5  Please check one: _X_ RETAINED, or ____ APPOINTED BY THE COURT
6
7                              APPROVED:
8
9  DATED: __January 12, 2011__     _____
10                                  GEORGE FOLEY, JR.
                                    United States Magistrate Judge
11
12
13
...
28

2

6/95