```
                        ____ FILED      ____ RECEIVED
                        ____ ENTERED    ____ SERVED ON
                                COUNSEL/PARTIES OF RECORD

                             JUL - 6 2011

                         CLERK US DISTRICT COURT
                           DISTRICT OF NEVADA
                        BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMBER SALAZAR, an individual, on behalf of herself, and on behalf of all other persons similarly situated,<br>       Plaintiffs,<br><br>v.<br><br>WELLS FARGO N.A., and DOES 1 through 100, inclusive,<br>       Defendants. | CASE NO. 2:09-CV-01829-LDG-GWF<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] JUDGMENT<br><br>JUDGE: HON. LLOYD D. GEORGE |

[~~PROPOSED~~] JUDGMENT

EAST\44696784.1

WHEREAS, on December 14, 2010, this Court granted preliminary approval to a settlement of this action;

WHEREAS, the Court granted final approval to the settlement on June 7, 2011, finding that the settlement is fair, reasonable and adequate within the meaning of Fed. Rul. Civ. Proc. 23 (e) and applicable law; and

WHEREAS, the Court has found that the notice sent to class members fairly and adequately informed the Class of the terms of the settlement, was consistent with F.R.C.P. 23 and due process, and was given in the manner prescribed by the Settlement Agreement and the Court's Order preliminarily approving the settlement.

This Court hereby enters final Judgment in this case, and dismisses it with prejudice, in accordance with the terms of the Settlement Agreement and Joint Stipulation (Settlement), Order Granting Preliminary Approval, and the Order Granting Final Approval of Class Action Settlement (Final Approval Order).

Without affecting the finality of this Final Judgment in any way, the Court reserves the exclusive and continuing jurisdiction over this action, the named Plaintiff, the Class, and the Defendant for purposes of supervising the implementation, enforcement, construction, and interpretation of the Settlement, and all orders and judgments entered in connection therewith.

IT IS SO ORDERED.

Dated: July 6, 2011

HON. LLOYD D. GEORGE, JUDGE OF THE
UNITED STATES DISTRICT COURT

[PROPOSED] JUDGMENT    -2-    CV-09-3189 CW
EAST\44696784.1